IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PELOTON INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECHELON FITNESS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 19-1903 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Peloton Interactive, Inc., moves pursuant to Fed. R. Civ. P. 15 for leave to amend its Complaint to add a new patent, U.S. Patent No. 10,486,026, that issued on November 26, 2019, after the original Complaint was filed. Defendant Echelon Fitness, LLC, does not oppose this motion and consents to the filing of the Amended Complaint. The parties further agree that the filing of Peloton's proposed Amended Complaint moots Echelon's pending motion to dismiss (D.I. 9), without prejudice to Echelon renewing that motion.

Peloton's proposed Amended Complaint is attached as Exhibit A; a redlined version reflecting the differences between the proposed Amended Complaint and the original Complaint is attached as Exhibit B. A proposed form of order is attached hereto.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Michael J. Flynn*
        Michael J. Flynn (#5333)
        Anthony D. Raucci (#5948)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        mflynn@mnat.com
        araucci@mnat.com

        *Counsel for Plaintiff Peloton Interactive, Inc.*

January 10, 2020

## PLAINTIFF'S D. DEL. LR 7.1.1 STATEMENT

Counsel for Plaintiff has met and conferred with counsel for Defendant regarding this motion. Defendant has advised Plaintiff that it does not oppose Plaintiff's motion for leave to file an amended complaint.

        */s/ Michael J. Flynn*
        Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PELOTON INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECHELON FITNESS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 19-1903 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

WHEREAS, Plaintiff Peloton Interactive, Inc., has moved for leave to file an Amended Complaint in this action; and

WHEREAS, Defendant Echelon Fitness, LLC, does not oppose that motion;

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file the Amended Complaint is granted.

SO ORDERED this _____ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 10, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Benjamin J. Schladweiler, Esquire<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Attorneys for Defendant | VIA ELECTRONIC MAIL |
| Douglas R. Weider, Esquire<br>James Ryerson, Esquire<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Attorneys for Defendant | VIA ELECTRONIC MAIL |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)