# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PELOTON INTERACTIVE, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:19-cv-1903-RGA ) |
| ECHELON FITNESS, LLC, | ) ) |
| Defendant. | ) ) ) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, Defendant Echelon Fitness, LLC respectfully requests oral argument on Defendant's Renewed Motion to Dismiss Plaintiff's Patent Infringement Claims (D.I. 17). Briefing on the motion is now complete.

OF COUNSEL:

Douglas R. Weider
James L. Ryerson
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Phone: (973) 360-7900
weiderd@gtlaw.com
ryersonj@gtlaw.com

Dated: February 6, 2020

GREENBERG TRAURIG, LLP

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 661-7000
schlwadweilerb@gtlaw.com

*Attorney for Defendant Echelon Fitness, LLC*

# CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on February 6, 2020, I caused the foregoing *Request for Oral Argument* to be served via electronic mail upon the following counsel of record:

Steven N. Feldman, Esquire
Christina V. Rayburn, Esquire
Karen Younkins, Esquire
Maxwell K. Coll, Esquire
Kevin X. Wang, Esquire
Hueston Hennigan LLP
523 West Sixth Street, Suite 400
Los Angeles, CA 90014
sfeldman@hueston.com
crayburn@hueston.com
kyounkins@hueston.com
mcoll@hueston.com
kwang@hueston.com

Michael J. Flynn, Esquire
Anthony D. Raucci, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mflynn@mnat.com
araucci@mnat.com

*Counsel for Plaintiff Peloton Interactive, Inc.*

  */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)