# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PELOTON INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1903-RGA |
| v. | ) | |
| | ) | |
| ECHELON FITNESS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff Peloton Interactive, Inc. respectfully requests argument on Defendant Echelon Fitness's Renewed Motion to Dismiss Plaintiff's Patent Infringement Claims (D.I. 17). Briefing on the motion was completed on February 6, 2020.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael Flynn*

Michael Flynn (#5333)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mflynn@mnat.com
araucci@mnat.com

OF COUNSEL:

Steven N. Feldman
Christina V. Rayburn
Karen Younkins
Kevin X. Wang
Maxwell K. Coll
HUESTON HENNIGAN LLP
523 West Sixth Street, Suite 400
Los Angeles, CA 90014
(213) 788-7272

*Attorneys for Plaintiff Peloton Interactive, Inc.*

February 7, 2020