# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PELOTON INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECHELON FITNESS MULTIMEDIA LLC, ECHELON FIT, LLC, ECHELON STUDIO, LLC AND VIATEK CONSUMER PRODUCTS GROUP, INC. <br><br> Defendants. | C.A. No. 19-1903-RGA |

**DEFENDANT ECHELON FITNESS MULTIMEDIA LLC'S OBJECTIONS
AND RESPONSES TO PLAINTIFF PELOTON INTERACTIVE, INC.'S
SIXTH SET OF REQUESTS FOR PRODUCTION (NOS. 215-295)**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Echelon Fitness Multimedia, LLC ("Echelon") hereby objects and responds to the Sixth Set of Requests for Production (Nos. 215-295) (collectively, "the Requests") from Plaintiff Peloton Interactive, Inc. ("Peloton") as follows.

**PRELIMINARY RESPONSE AND GENERAL OBJECTIONS**

1.  Echelon has responded to the Requests without waiving or intending to waive any objection to the competency, relevancy or admissibility as evidence of any document. Echelon expressly reserves the right to object to further discovery of the subject matter of any Request, and the introduction into evidence of any document produced in response to a Request.

2.  Echelon reserves the right to amend, supplement, clarify or otherwise modify its objections and responses to the Requests.

1

in the definition for ECHELON STATEMENTS.  Echelon further objects to this Request as duplicative of other Requests.  Echelon further objects to this Request's demand for "[a]ll DOCUMENTS related to" as overbroad, unduly burdensome, and disproportionate to the needs of the case.  Echelon further objects to the request as improperly seeking expert testimony.  Further, Echelon objects to this Request as it is premature and  imposes an obligation inconsistent with the Federal Rules of Civil Procedure, the Local Civil Rules for the District of Delaware, and the Scheduling Order entered in this action.  Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.

Subject to the foregoing general and specific objections, Echelon will produce non-privileged, relevant, responsive documents in its possession, custody, and control, if any, which can be located pursuant to a reasonably-diligent search concerning damages relating to the issues in the case.

**REQUEST NO. 224:**

All DOCUMENTS related to the advertised price of each of the ECHELON ACCUSED INSTRUMENTALITIES, including the advertised price of each individually sold part of the ECHELON ACCUSED INSTRUMENTALITIES, such as the bike, the display screen, and the subscription to ECHELON's digital services.

**RESPONSE TO REQUEST NO. 224:**

Echelon objects to this Request's demand for "[a]ll DOCUMENTS related to" as overbroad, unduly burdensome, and disproportionate to the needs of the case.  Echelon objects to the defined term "Echelon Accused Instrumentalities" as being overbroad and seeking information irrelevant to the claims and defenses in this case because it is defined to include (i) "methods of manufacturing" and (ii) products that have not been accused of infringement in this action. Echelon further objects to the request as improperly seeking expert testimony.  Still further,

Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine. In addition, Echelon objects to "subscription" as vague and ambiguous.

Subject to the foregoing general and specific objections, Echelon will produce non-privileged, relevant, responsive documents in its possession, custody, and control, if any, which can be located pursuant to a reasonably-diligent search sufficient to show the advertised price of the ECHELON ACCUSED INSTRUMENTALITIES.

**REQUEST NO. 225:**

All DOCUMENTS related to YOUR decision not to include a display screen in the advertised price of the ECHELON ACCUSED INSTRUMENTALITIES, including the Echelon Smart Connect EX3 Max Bike as shown on Paragraph 98 of the Second Amended Complaint (D.I. 77).

**RESPONSE TO REQUEST NO. 225:**

Echelon objects to this Request's demand for "[a]ll DOCUMENTS related to" as overbroad, unduly burdensome, and disproportionate to the needs of the case. Further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine. Still further, Echelon objects to the defined term "Echelon Accused Instrumentalities" as being overbroad and seeking information irrelevant to the claims and defenses in this case because it is defined to include (i) "methods of manufacturing" and (ii) products that have not been accused of infringement in this action. Echelon further objects to the phrase "YOUR decision not to include a display screen in the advertised price" as vague, ambiguous, and untrue.

Subject to the foregoing general and specific objections, Echelon states that there are no documents responsive to this Request in its possession, custody or control. Specifically, the advertisement Peloton includes in paragraph 98 of the Second Amended Complaint is not

Subject to the foregoing general and specific objections, Echelon will produce non-privileged, relevant, responsive documents in its possession, custody, and control, obtained through subpoena.

**REQUEST NO. 275:**

All DOCUMENTS, including customer inquiries, concerning YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership, as shown below.







**RESPONSE TO REQUEST NO. 275:**

Echelon objects to this Request as seeking information that lacks relevance to the claims and defenses in the present action, as the advertisements shown above are not alleged to be false or misleading by Peloton in its Second Amended Complaint.  Echelon also objects to the phrase "YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership" as Echelon is selling both the bike and a membership in each

44

advertisement shown above and in the Second Amended Complaint.  Echelon further objects to the Request's demand for "[a]ll DOCUMENTS" regarding the subject matter of the Request as overbroad, unduly burdensome, and disproportionate to the needs of the case.  Further, Echelon objects to the defined term "Echelon Accused Instrumentalities" as being overbroad and seeking information irrelevant to the claims and defenses in this case because it is defined to include (i) "methods of manufacturing" and (ii) products that have not been accused of infringement in this action.  Echelon further objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.  Still further, Echelon objects to this Request to the extent it seeks confidential, proprietary, or trade secret information regarding its competitive efforts, and/or products and services and will not provide such information where any purported marginal benefits of production of the requested information are outweighed by the burden or risk associated with producing such highly sensitive materials.

In view of the foregoing general and specific objections, Echelon does not intend to produce documents responsive to this Request.

**REQUEST NO. 276:**

All DOCUMENTS related to YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership, including DOCUMENTS related to whether this practice has the tendency to deceive or influence the purchasing decision of any PERSON.

**RESPONSE TO REQUEST NO. 276:**

Echelon objects to this Request's demand for "[a]ll DOCUMENTS related to" as overbroad, unduly burdensome, and disproportionate to the needs of the case.  Echelon also objects to the phrase "YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership" as Echelon is selling both the bike and a membership in each advertisement shown above and in the Second Amended Complaint.

Echelon further objects to the defined term "Echelon Accused Instrumentalities" as being overbroad and seeking information irrelevant to the claims and defenses in this case because it is defined to include (i) "methods of manufacturing" and (ii) products that have not been accused of infringement in this action.  Echelon further objects to the Request in that it states "YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership" as misleading because Echelon's bike packages include some sort of monthly subscription.  Still further, Echelon objects to this Request to the extent it seeks confidential, proprietary, or trade secret information regarding its competitive efforts, and/or products and services and will not provide such information where any purported marginal benefits of production of the requested information are outweighed by the burden or risk associated with producing such highly sensitive materials.

In view of the foregoing general and specific objections, Echelon does not intend to produce documents responsive to this Request.

**REQUEST NO. 277:**

All DOCUMENTS related to any customer confusion or deception as a result of YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership.

**RESPONSE TO REQUEST NO. 277:**

Echelon objects to this Request's demand for "[a]ll DOCUMENTS related to any confusion or deception" as overbroad, unduly burdensome, and disproportionate to the needs of the case.  Echelon also objects to the phrase "YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership" as Echelon is selling both the bike and a membership in each advertisement shown above.  Echelon further objects to the defined term "Echelon Accused Instrumentalities" as being overbroad and seeking information

irrelevant to the claims and defenses in this case because it is defined to include (i) "methods of manufacturing" and (ii) products that have not been accused of infringement in this action. Echelon further objects to the Request in that it states "YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership" as misleading because Echelon's bike packages include some sort of monthly subscription.

In view of the foregoing general and specific objections, Echelon does not intend to produce documents responsive to this Request.

**REQUEST NO. 278:**

All DOCUMENTS related to any change in customer retention rates as a result of YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership.

**RESPONSE TO REQUEST NO. 278:**

Echelon objects to this Request's demand for "[a]ll DOCUMENTS related to" as overbroad, unduly burdensome, and disproportionate to the needs of the case. Echelon also objects to the phrase "YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership" as Echelon is selling both the bike and a membership in each advertisement shown above and in the Second Amended Complaint. Echelon further objects to the defined term "Echelon Accused Instrumentalities" as being overbroad and seeking information irrelevant to the claims and defenses in this case because it defined to include (i) "methods of manufacturing" and (ii) products that have not been accused of infringement in this action. Echelon further objects to Request in that it states "YOUR decision to market and sell the ECHELON ACCUSED INSTRUMENTALITIES separately from YOUR membership" as misleading because Echelon's bike packages include some sort of monthly subscription. Still further, Echelon objects to this Request to the extent it seeks confidential,

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| PELOTON INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1903-RGA |
| v. | ) | |
| | ) | |
| ECHELON FITNESS MULTIMEDIA LLC, | ) | |
| ECHELON FIT, LLC, ECHELON STUDIO, | ) | |
| LLC AND VIATEK CONSUMER | ) | |
| PRODUCTS GROUP, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ECHELON FITNESS MULTIMEDIA LLC'S OBJECTIONS**
**AND RESPONSES TO PLAINTIFF PELOTON INTERACTIVE, INC.'S**
**EIGHTH SET OF REQUESTS FOR PRODUCTION (NOS. 306-318)**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Echelon Fitness

Multimedia, LLC ("Echelon") hereby objects and responds to the Eighth Set of Requests for

Production (Nos. 306-318) (collectively, "the Requests") from Plaintiff Peloton Interactive, Inc.

("Peloton") as follows.

**PRELIMINARY RESPONSE AND GENERAL OBJECTIONS**

1.     Echelon has responded to the Requests without waiving or intending to waive any

objection to the competency, relevancy or admissibility as evidence of any document. Echelon

expressly reserves the right to object to further discovery of the subject matter of any Request, and

the introduction into evidence of any document produced in response to a Request.

2.     Echelon reserves the right to amend, supplement, clarify or otherwise modify its

objections and responses to the Requests.

1

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST NO. 306:**

All DOCUMENTS produced by YOU in the litigation filed by PELOTON, Peloton Interactive UK Limited, and Peloton Interactive Deutschland GmbH against Echelon Fitness, Echelon Multimedia, Viatek, and Echelon Fitness UK Limited in the United Kingdom, Case No. IL-2020-000074, currently pending before the High Court of Justice.

**RESPONSE TO REQUEST NO. 306:**

Echelon incorporates by reference its General Objections. Echelon objects to this Request as overbroad, unduly burdensome, and disproportionate to the needs of the case. Echelon further objects to this as an improper attempt to circumvent the ESI procedures set forth in Paragraph 3 of the parties' Cross-Use Agreement. Still further, Echelon objects to this Request as seeking irrelevant information insofar as the claims, defenses, and legal standards differ between the instant action and UK proceeding. Echelon additionally objects to this Request as an improper "piggyback" discovery request. *See, e.g.*, *Racing Optics v. Aevoe Corp.*, No. 2:15-CV-1774-RCJ-VCF, 2016 WL 4059358, at *1 (D. Nev. July 28, 2016) ("'Piggyback' discovery requests are prohibited. [Plaintiff] must specifically ask for the documents he wants and be able to demonstrate that the information he seeks is relevant to his claims in this case. The fact that [Defendant] produced certain documents in the [other] cases does not necessarily make them discoverable in this case.") (citation omitted).

**REQUEST NO. 307:**

All DOCUMENTS concerning the design, development, testing, manufacturing, sale, and marketing of the Echelon GT+ Connect Bike.

**RESPONSE TO REQUEST NO. 307:**

Echelon incorporates by reference its General Objections. Echelon objects to this Request as overbroad, unduly burdensome, seeking irrelevant information, and disproportionate to the

4

needs of the case.  Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the stated subject matter, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production.  Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine. Finally, Peloton's demand for the information sought by this Request is contrary to the representations it made in its November 30, 2021 letter to the Court, when Peloton opposed extending the discovery schedule on the basis that the additional discovery it needed with respect to the new accused products was limited to source code, core technical documents concerning rowers and treadmills, and updated financial information.

Subject to the foregoing general and specific objections, Echelon will supplement its financial disclosures, at a time agreed-upon by the parties, with information concerning the GT+ Connect Bikes.

**REQUEST NO. 308**:

All DOCUMENTS concerning the design, selection, adoption, and use of the GT+ TRADE DRESS, including the selection of the color schemes for this bike.

**RESPONSE TO REQUEST NO. 308**:

Echelon incorporates by reference its General Objections.  Echelon objects to this Request as seeking information irrelevant to the claims and defenses in this action, and disproportionate to the needs of the case, because the GT+ TRADE DRESS has not been accused of infringement in this action.  Echelon also objects to the defined term "GT+ TRADE DRESS" as being vague and ambiguous insofar as it refers to the "look and feel" of the bike and references the undefined terms "ECHELON TRADEMARKS" and "GT+ mark." Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the design,

5

selection, adoption, and use of the GT+ TRADE DRESS, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production. Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.  Finally, Peloton's demand for the information sought by this Request is contrary to the representations it made in its November 30, 2021 letter to the Court, when Peloton opposed extending the discovery schedule on the basis that the additional discovery it needed with respect to the new accused products was limited to source code, core technical documents concerning rowers and treadmills, and updated financial information.

Subject to the foregoing general and specific objections, Echelon will supplement its financial disclosures, at a time agreed-upon by the parties, with information concerning the GT+ Connect Bikes.

**REQUEST NO. 309**:

All DOCUMENTS concerning the clearance of the GT+ TRADE DRESS, including any search reports related thereto.

**RESPONSE TO REQUEST NO. 309:**

Echelon incorporates by reference its General Objections.  Echelon objects to this Request as seeking information irrelevant to the claims and defenses in this action, and disproportionate to the needs of the case, because the GT+ TRADE DRESS has not been accused of infringement in this action.  Echelon also objects to the defined term "GT+ TRADE DRESS" as being vague and ambiguous insofar as it refers to the "look and feel" of the bike and references the undefined terms "ECHELON TRADEMARKS" and "GT+ mark." Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the clearance of the GT+ TRADE DRESS, particularly at this stage in discovery when the parties have

completed ESI discovery and substantially completed document production.  Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.  Finally, Peloton's demand for the information sought by this Request is contrary to the representations it made in its November 30, 2021 letter to the Court, when Peloton opposed extending the discovery schedule on the basis that the additional discovery it needed with respect to the new accused products was limited to source code, core technical documents concerning rowers and treadmills, and updated financial information.

**REQUEST NO. 310:**

All DOCUMENTS concerning the similarities and differences between the ECHELON TRADE DRESS and the GT+ TRADE DRESS.

**RESPONSE TO REQUEST NO. 310:**

Echelon incorporates by reference its General Objections.  Echelon objects to this Request as seeking information irrelevant to the claims and defenses in this action, and disproportionate to the needs of the case, because the GT+ TRADE DRESS has not been accused of infringement in this action.  Echelon also objects to the defined term "GT+ TRADE DRESS" as being vague and ambiguous insofar as it refers to the "look and feel" of the bike and references the undefined terms "ECHELON TRADEMARKS" and "GT+ mark." Echelon additionally objects to this Request as unreasonably duplicative and cumulative of other Requests seeking documents concerning the ECHELON TRADE DRESS.  Echelon objects to this Request as unduly burdensome and disproportionate to the needs of the case because the similarities and differences of the appearance of the Echelon bikes are apparent from information that is publicly-available or in the possession of Peloton.  Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the similarities and differences between the

ECHELON TRADE DRESS and the GT+ TRADE DRESS, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production. Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine. Finally, Peloton's demand for the information sought by this Request is contrary to the representations it made in its November 30, 2021 letter to the Court, when Peloton opposed extending the discovery schedule on the basis that the additional discovery it needed with respect to the new accused products was limited to source code, core technical documents concerning rowers and treadmills, and updated financial information.

**REQUEST NO. 311:**

All DOCUMENTS concerning the similarities and differences between the PELOTON BIKE TRADE DRESS and the GT+ TRADE DRESS.

**RESPONSE TO REQUEST NO. 311:**

Echelon incorporates by reference its General Objections. Echelon objects to this Request as seeking information irrelevant to the claims and defenses in this action, and disproportionate to the needs of the case, because the GT+ TRADE DRESS has not been accused of infringement in this action. Echelon also objects to the defined term "GT+ TRADE DRESS" as being vague and ambiguous insofar as it refers to the "look and feel" of the bike and references the undefined terms "ECHELON TRADEMARKS" and "GT+ mark." Echelon objects to this Request as unduly burdensome and disproportionate to the needs of the case because the similarities and differences of the appearance of the Peloton Bike and GT+ bikes are apparent from information that is publicly-available or in the possession of Peloton. Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the

8

similarities and differences between the ECHELON TRADE DRESS and the GT+ TRADE DRESS, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production.   Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.  Finally, Peloton's demand for the information sought by this Request is contrary to the representations it made in its November 30, 2021 letter to the Court, when Peloton opposed extending the discovery schedule on the basis that the additional discovery it needed with respect to the new accused products was limited to source code, core technical documents concerning rowers and treadmills, and updated financial information.

**REQUEST NO. 312:**

All DOCUMENTS concerning YOUR decision, including all reasons thereof, to stop marketing the EX-3 Smart Connect Bike on YOUR homepage (*see https://echelonfit.com/pages/connect-bikes*).

**RESPONSE TO REQUEST NO. 312:**

Echelon incorporates by reference its General Objections.  Echelon objects to this Request as seeking information irrelevant to the claims and defenses in this action, and disproportionate to the needs of the case.   Echelon also objects to the defined term YOUR as seeking information outside od Echelon's possession, custody, or control.  Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the purported decision to stop marketing the EX-3 Smart Connect Bike on the Echelon website, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production.  Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.

**REQUEST NO. 313:**

All DOCUMENTS concerning the decision, including all reasons thereof, to phase out the EX-3 Connect Bike in favor of the GT+ Connect Bike as part of ECHELON's family of connected bikes, as shown here:



Echelon GT+
Recreational

Connect EX-5
Enthusiast

Connect EX-5s
Competition

Connect EX-7s
Professional

Connect EX-Pro
Commerical

**RESPONSE TO REQUEST NO. 313:**

Echelon incorporates by reference its General Objections.  Echelon objects to this Request as seeking information irrelevant to the claims and defenses in this action, and disproportionate to the needs of the case.   Echelon also objects to the defined term YOUR as seeking information outside od Echelon's possession, custody, or control.  Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the purported decision to phase out the EX-3 Smart Connect Bike, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production.   Echelon additionally objects to this Request as being argumentative; nothing in this response should be read as an admission that Echelon decided to "phase out the EX-3 Connect Bike in favor of the GT+ Connect Bike."  Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.

**REQUEST NO. 314:**

All DOCUMENTS concerning the decision, including all reasons thereof, to introduce the GT+ Connect Bike into ECHELON's family of connected bikes, as shown here:



**RESPONSE TO REQUEST NO. 314:**

Echelon incorporates by reference its General Objections.  Echelon objects to this Request as seeking information irrelevant to the claims and defenses in this action, and disproportionate to the needs of the case.   Echelon also objects to the defined term YOUR as seeking information outside od Echelon's possession, custody, or control.  Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning Echelon's decision to introduce the GT+ Connect Bike, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production.   Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.  Finally, Peloton's demand for the information sought by this Request is contrary to the representations it made in its November 30, 2021 letter to the Court, when Peloton opposed extending the discovery schedule on the basis that the additional discovery it needed with respect to the new accused products was limited to source code, core technical documents concerning rowers and treadmills, and updated financial information.

**REQUEST NO. 315:**

All DOCUMENTS concerning YOUR business, strategic, financial or marketing plans, forecasts, analyses, or reports that relate to the GT+ Connect Bike and/or the GT+ TRADE DRESS.

**RESPONSE TO REQUEST NO. 315:**

Echelon incorporates by reference its General Objections.  Echelon objects to this Request as overbroad, unduly burdensome, and seeking information irrelevant to the claims and defenses in this action and disproportionate to the needs of the case, including, but not limited to, because the GT+ TRADE DRESS has not been accused of infringement in this action.  Echelon also objects to the defined term "GT+ TRADE DRESS" as being vague and ambiguous insofar as it refers to the "look and feel" of the bike and references the undefined terms "ECHELON TRADEMARKS" and "GT+ mark."   Echelon also objects to the defined term YOUR as seeking information outside od Echelon's possession, custody, or control.  Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the stated subject matter, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production.   Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.  Finally, Peloton's demand for the information sought by this Request is contrary to the representations it made in its November 30, 2021 letter to the Court, when Peloton opposed extending the discovery schedule on the basis that the additional discovery it needed with respect to the new accused products was limited to source code, core technical documents concerning rowers and treadmills, and updated financial information.

Subject to the foregoing general and specific objections, Echelon will supplement its financial disclosures, at a time agreed-upon by the parties, with information concerning the GT+ Connect Bikes.

**REQUEST NO. 316:**

All DOCUMENTS concerning the graphical user interface for the GT+ Connect Bike and/or the GT+ TRADE DRESS.

**RESPONSE TO REQUEST NO. 316:**

Echelon incorporates by reference its General Objections.  Echelon objects to this Request as overbroad, unduly burdensome, and seeking information irrelevant to the claims and defenses in this action and disproportionate to the needs of the case, including, but not limited to, because the GT+ TRADE DRESS has not been accused of infringement in this action.  Echelon also objects to the defined term "GT+ TRADE DRESS" as being vague and ambiguous insofar as it refers to the "look and feel" of the bike and references the undefined terms "ECHELON TRADEMARKS" and "GT+ mark."  Echelon also objects to this Request as unreasonably duplicative and cumulative of other Requests covering the graphical user interface for the Echelon Fit App.  Echelon further objects to this Request as overbroad and unduly burdensome insofar as it seeks "All DOCUMENTS" concerning the stated subject matter, particularly at this stage in discovery when the parties have completed ESI discovery and substantially completed document production.  Still further, Echelon objects to this Request to the extent it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.  Finally, Peloton's demand for the information sought by this Request is contrary to the representations it made in its November 30, 2021 letter to the Court, when Peloton opposed extending the discovery schedule on the basis that the additional discovery it needed with respect to the new accused products was limited to source code, core technical documents concerning rowers and treadmills, and updated financial information.

# EXHIBIT 2

**From:** Peloton
**Sent:** Tuesday, January 1, 2019 7:04 AM EST
**To:** carolyn@onepeloton.com
**Subject:** Find This Year's Goal





PELOTON_ICON-ECHELON_00036393

New classes. New challenges. New ways to go beyond your best, every single day.

What's after your finish line? Find out with the Peloton Bike.

GET THE BIKE



PELOTON_ICON-ECHELON_00036394



Financing: Get the Peloton bike for as low as $58/mo over 39-months at 0% APR. Based on a full price of $2,245. Plus the cost of the subscription ($39/mo). A class subscription gets you unlimited access to Peloton classes. Financing subject to credit check and approval. In cases of partial approval, a down payment may be required. Estimated payment amount excludes taxes. Offer subject to change at any time. Previous purchases are ineligible. Affirm loans are made by Cross River Bank, a New Jersey State Chartered Commercial Bank, Member FDIC. See www.affirm.com/faqs for details.

            

© 2018 Peloton, Peloton Interactive, Inc. All rights reserved.

125 W. 25th St, 11th Fl, New York, NY 10001 United States

Web version    Unsubscribe    Privacy Policy

Terms of Service    Subscription Terms    Join our Community

PELOTON_ICON-ECHELON_00036395

# Exhibit 3

USE CODE **BIKE15OFF** AT CHECKOUT + SAVE UP TO $600 OFF MSRP

"I love the Echelon bike!! So many classes, both live and on-demand."
★ ★ ★ ★ ★ — *Abby C.*

**30-Day Risk-Free Trial**

**$0 Down, 0% APR Offers**

**As Low As $22/mo**



**AS MUCH AS**
**$1,100 LOWER THAN A PELOTON**

Ⓒ ECHELON
SHOP AT **ECHELONFIT.COM**

**Return Mail Service**
**P.O. Box 11010**
**Albany, NY 12205**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
**PAID**
LS DIRECT
12205

853CEC783572-0006

15% OFF Offer: While supplies last. Offer valid only in the United States through 09/29/2021, with the purchase of a NEW connected fitness product. Offer cannot be combined with any other offers or discounts. Offer not valid on commercial sales or sales through retailers. One use per order and per person only. Valid only for select purchases on echelonfit.com and cannot be applied to prior purchases. Membership sold separately at an additional cost. Price as of July 20th, 2021. Peloton is a registered trademark of Peloton Interactive, Inc. 0% APR for 12, 24, or 39 months with equal payments. Available on qualifying purchases of select products charged to a Citizens Pay Line of Credit. Citizens Pay Line of Credit Account offered by Citizens Bank, N.A. Minimum Purchase: $300.00.



EXHIBIT 4



| | |
|---|---|
| Document title: | Indoor Exercise Bike at Home \| Echelon Smart Connect Bike EX3 - Echelon Fit US |
| Capture URL: | https://echelonfit.com/products/echelon-smart-connect-bike-ex3 |
| Page loaded at (UTC): | Thu, 02 Dec 2021 18:57:34 GMT |
| Capture timestamp (UTC): | Thu, 02 Dec 2021 18:57:37 GMT |
| Capture tool: | 2.33.7 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 11 |
| Capture ID: | t8rGrkBjSMknDKWVTXn2DE |
| User: | pv-leslie |

Call Us: 1(855) YOU LIVE                                                                    Echelon Commercial Fitness

FREE APPLE WATCH OR IPAD WITH PURCHASE OF EQUIPMENT + YEARLY MEMBERSHIP. CHOOSE GIFT IN CART.

echelon        Bikes ⌄   Mirrors ⌄   Rowers ⌄   Treadmills ⌄   Membership   Merchandise ⌄   Special Offers                🛒

ECHELON CONNECT BIKE EX-3    PRODUCT   FEATURES   EXPERIENCE   MEMBERSHIP    From $799.99       **Buy Now** →
                                                                            or as low as $22/mo.



ECHELON CONNECT BIKE EX-3

# Discover Connected Fitness

# Echelon Connect Bike EX-3

★★★★★ 3384 Reviews



FREE GIFT OFFER: GET AN APPLE WATCH OR IPAD WITH PURCHASE OF EQUIPMENT + YEARLY MEMBERSHIP. CHOOSE FREE GIFT AT CHECKOUT.

## Get it now for

~~$1,199.99~~    **SAVE $400.00 OFF MSRP TODAY!**

# $799.99 or $18/month    LEARN HOW

Purchase of an Echelon Membership, with access to live and on-demand content, is required at checkout at an additional cost. Learn More.

SELECT COLOR: BLACK

  


**Buy Now** →


💬 Help

Document title: Indoor Exercise Bike at Home | Echelon Smart Connect Bike EX3 - Echelon Fit US
Capture URL: https://echelonfit.com/products/echelon-smart-connect-bike-ex3
Capture timestamp (UTC): Thu, 02 Dec 2021 18:57:37 GMT





$799.99 or $18/month

Purchase of an Echelon Membership, with access to live and on-demand content, is required at checkout at an additional cost. Learn More.

SELECT COLOR: BLACK

ECHELON CONNECT BIKE EX-3    PRODUCT    FEATURES    EXPERIENCE    MEMBERSHIP

From $799.99
or as low as $22/mo.

Buy Now ⊕



Buy Now ⊕

SHIPS NOW    This product is in stock and ready to ship now without any delays



*0% APR for 12, 24, 39, 48 Months with Equal Payments: Available on qualifying purchases of select products charged to a Citizens Pay Line of Credit. Click Here for important information about Rates and Fees and the Citizens Pay Line of Credit Agreement. Citizens Pay Line of Credit Account offered by Citizens Bank, N.A. Minimum Purchase: $300.00.

Discover the world of studio-quality fitness from home with the EX-3 Connect Bike.

Premium Features:

- Bullhorn-style Handlebars with Adjustable Height
- Device Holder Flips 180° for Off-Equipment Workouts
- Holds Smart Devices from 5.5" to 12.5"
- Dual-Sided SPD Compatible Pedals with Toe Cages
- Adjustable Seat and Handlebars: Height and Depth
- Vented Competition-Style Seat
- Available in Solid Black, Black with Red Detailing, or White
- Live + On-Demand Classes Available 24/7
- Motivating Instructors

**Tablet not included.**



## PRODUCT FEATURES

Built-in device holder with 180° flip rotation for on- or off-equipment workouts



Tablet not included.

echelon

| ECHELON CONNECT BIKE EX-3 | PRODUCT | FEATURES | EXPERIENCE | MEMBERSHIP |

**From $799.99**
or as low as $22/mo.

**Buy Now** →

Built-in device holder with 180° flip rotation for on- or off-equipment workouts

Dual-sided pedals with SPD compatible clips and toe cages to accommodate cycling cleats or standard athletic shoes

Available in solid black, black with red detailing, or solid white

**Show All PRODUCT FEATURES**

## SPECIFICATIONS

| | |
|---|---|
| Weight | 104lbs (47kg) |
| Product Dimensions | 55"L x 20"W x 55"H (maximum dimensions, measured with handlebars in highest position) |
| Weight Limit | 300lbs |

**Show All Specifications**



## 32 Resistance Levels

◯ Help



ECHELON CONNECT BIKE EX-3   PRODUCT   FEATURES   EXPERIENCE   MEMBERSHIP

**From $799.99**
or as low as $22/mo.

**Buy Now** →

# 32 Resistance Levels

Turn the resistance knob to increase or decrease the difficulty level of your workout.





## MEMBERSHIPS

# Sweat It Out With Our World-Class Instructors.

Live and on-demand studio fitness from the comfort and safety of home. Get fit and have fun with our supportive and energizing

▢◣ Live classes

⊙ World-class instructors

⚶ On-demand classes

⊪ Compete with family & friends

Help

FREE A FREE WATCH OR IPAD WITH PURCHASE OF EQUIPMENT + YEARLY MEMBERSHIP. CHOOSE GIFT IN CART.

## MEMBERSHIPS

echelon   Bikes ▾   Mirrors ▾   Rowers ▾   Treadmills ▾   Membership   Merchandise ▾   Special Offers                          🛒

ECHELON CONNECT BIKE EX-3        PRODUCT     FEATURES     EXPERIENCE     MEMBERSHIP

 Live classes

**From $799.99**
or as low as $22/mo.

 **Buy Now** →

## Class Instructors.

Live and on-demand studio fitness from the comfort and safety of home. Get fit and have fun with our supportive and energizing Echelon community and inspire each other to climb the Leaderboard! One membership unlocks all equipment and classes on your app.

 **On-demand classes available**

📊 **Compete with family & friends**

**Learn More** →

---

SHARE YOUR JOURNEY!

    

**CONNECT WITH US**

# Exercising From Home? Join The Club.

People are built for community, and we believe community makes everything better—including workouts. That's why we make it easy to connect with ours... after all, something this good is meant to be shared. Find us on social media to experience camaraderie built on sweat and endorphins, 24/7.

   

⦿ Help

Document title: Indoor Exercise Bike at Home | Echelon Smart Connect Bike EX3 - Echelon Fit US
Capture URL: https://echelonfit.com/products/echelon-smart-connect-bike-ex3
Capture timestamp (UTC): Thu, 02 Dec 2021 18:57:37 GMT

People are built for community, and we believe community makes everything better—including workouts. That's why we make it easy to connect with ours... after all, something this good is meant to be shared. Find us on social media to experience camaraderie built on sweat and endorphins, 24/7.



| ECHELON CONNECT BIKE EX-3 | PRODUCT | FEATURES | EXPERIENCE | MEMBERSHIP | | From $799.99 or as low as $22/mo. | Buy Now |



# A Show-Stopping Experience

Sweat, sing, and dance toward your fitness goals with GRAMMY® Award-winning global icon Pitbull. Rise out of the saddle and on top of the world with new on-demand classes featuring your favorite Pitbull hits. Available NOW In the Echelon Fit app. Dale! (Let's go!)

**JOIN TODAY** 



## RETURN POLICY

If you're not completely satisfied, return your Echelon Connect Bike for a replacement or refund within 30 days of purchase.



## WARRANTY

Contact Echelon customer service for support with any issues covered under the 12-month limited parts and labor warranty.



## QUALITY CRAFTSMANSHIP

All Echelon products are built and tested by an experienced team dedicated to state-of-the-art engineering and performance.

Authentic Reviews By 

**WRITE A REVIEW**

Help



5 STAR ━━━━━━━ 2098

---

Document title: Indoor Exercise Bike at Home | Echelon Smart Connect Bike EX3 - Echelon Fit US
Capture URL: https://echelonfit.com/products/echelon-smart-connect-bike-ex3
Capture timestamp (UTC): Thu, 02 Dec 2021 18:57:37 GMT                                      Page 6 of 10

a replacement or refund within 30
days of purchase.

under the 12-month limited parts and
labor warranty.

dedicated to state-of-the-art
engineering and performance.

ECHELON CONNECT BIKE EX-3    PRODUCT    FEATURES    EXPERIENCE    MEMBERSHIP

**From $799.99**
or as low as $22/mo.

**Buy Now** →

**WRITE A REVIEW**

Authentic Reviews By ⭐ TrustSpot

★★★★★

3384 Reviews

| | | |
|---|---|---|
| 5 STAR | | 2098 |
| 4 STAR | | 907 |
| 3 STAR | | 376 |
| 2 STAR | | 0 |
| 1 STAR | | 3 |

## Product Reviews (3384)

SORT BY:  Most Recent

★★★★★  **Aaron P**  ⓥ Verified Buyer                                           11/01/20

Great bike, very responsive, sturdy, and smooth pedaling action. Everything you need for a great in-home workout

◁ SHARE                                                              Was this review helpful?  👍 0   👎 0

★★★★★  **Russell M**  ⓥ Verified Buyer                                         11/01/20

Love the bike. Well made. Feels great. A feature that I hope is coming is for the display to indicate the suggested resistance/cadence during a class.
Sometimes it's a little difficult to follow the instructor under the volume of the music. Looking forward to my next ride!

◁ SHARE                                                              Was this review helpful?  👍 0   👎 0

★★★★★  **Herbert A**  ⓥ Verified Buyer                                         11/30/20

Love my bike, it fits so well in living room where I can ride, watch sports and TV and care for my invalid spouse all at the same time. THANK YOU!

◁ SHARE                                                              Was this review helpful?  👍 0   👎 0

★★★★★  **Richard N**  ⓥ Verified Buyer                                         11/30/20

Great!!n

◁ SHARE                                                              Was this review helpful?  👍 0   👎 0

★★★  **Brett M**  ⓥ Verified Buyer                                             11/30/20

It's an exercise bike. I wish I could say more positive things I like about this bike but I continue to run into things that I don't like. For instance, the knob that
increases or decreases resistance just spins freely essentially, and I may move it 3 clicks or 15 clicks and only get a 2 point increase in resistance. There is a
strange clunking sound on the right side of the bike when I peddle with a low resistance. There should be an on/off switch rather than having to u_
bike after every use as suggested by the manufacturer. Bluetooth connectivity leaves something to be desired as I often have to reconnect the b_
iPad. The bike cannot be used without a digital device as that is the only place where it shows resistance settings.

○ Help



Great!I'n

SHARE                                                                                    Was this review helpful?   0   0

ECHELON CONNECT BIKE EX-3    PRODUCT   FEATURES   EXPERIENCE   MEMBERSHIP     From $799.99    Buy Now
                                                                             or as low as $22/mo.

increases or decreases resistance just spins freely essentially, and I may move it 3 clicks or 15 clicks and only get a 2 point increase in resistance. There is a strange clunking sound on the right side of the bike when I peddle with a low resistance. There should be an on/off switch rather than having to unplug the bike after every use as suggested by the manufacturer. Bluetooth connectivity leaves something to be desired as I often have to reconnect the bike to my iPad. The bike cannot be used without a digital device as that is the only place where it shows resistance settings.

Aside from those complaints, the bike feels very sturdy and there are quite a few classes for every type of riding as well as warm ups and cool-downs.

The bike gets the job done but after using it a bit, I think it's over priced.

SHARE                                                                                    Was this review helpful?   0   1

★★★★   Robin M   Verified Buyer                                                          11/29/20

I don't like how the handlebars are not sturdy.

SHARE                                                                                    Was this review helpful?   0   0

★★★★★   Diane V   Verified Buyer                                                         11/24/20

Love it

SHARE                                                                                    Was this review helpful?   1   0

★★★★★   Cedric B   Verified Buyer                                                        11/26/20

The EX-5s is worth every penny. Glad I chose Echelon over that "P" bike. Would do it again in a heartbeat!

SHARE                                                                                    Was this review helpful?   1   1

★★★★★   Marisa U   Verified Buyer                                                        11/25/20

I love the bike. Your customer service however is absolutely awful. For something so expensive and community based, this must improve.

SHARE                                                                                    Was this review helpful?   5   0

★★★★★   Rosemary V   Verified Buyer                                                      11/25/20

I LOVE my bike. It is the Best thing I have ever invested in. I'm 60 years old and ride this everyday. The instructors are inspiring and empowering. I had a LifeCycle and this doesn't even compare. My endurance is off the chain. I am supposed to be in a wheelchair and my Dr. says what ever I am doing to keep doing it. Thank you Echelon. Rosemary Vigliano

SHARE                                                                                    Was this review helpful?   4   0

O Help

Document title: Indoor Exercise Bike at Home | Echelon Smart Connect Bike EX3 - Echelon Fit US
Capture URL: https://echelonfit.com/products/echelon-smart-connect-bike-ex3
Capture timestamp (UTC): Thu, 02 Dec 2021 18:57:37 GMT



★★★★★ **Rosemary V**

ECHELON CONNECT BIKE EX-3    PRODUCT    FEATURES    EXPERIENCE    MEMBERSHIP

**From $799.99**
or as low as $22/mo.

**Buy Now** ⊕

SHARE

was this review helpful?

NEXT ►

## Stay Connected to What's New at Echelon

**Sign up to get the latest Echelon news, updates, and announcements**

email@domain.com    **SUBMIT**

**PRODUCTS**

Connect Bikes

Reflects

Rowers

Echelon Stride

FitPass

Apparel

Accessories

**ABOUT**

Instructors

United Experience

Echelon Studio

Referral Program

Blog

Careers

**SUPPORT**

Contact Us

Military & First
Responders

Dealer Locator

Risk Free Returns Policy

FAQ

**CONTACT US**

Call: 1 (833) YES-BIKE

Text: 1 (423) 205-1860

**CONNECT WITH US**

**GET THE ECHELON APP**

Download on the **App Store**    ▷ ○ Help

Document title: Indoor Exercise Bike at Home | Echelon Smart Connect Bike EX3 - Echelon Fit US
Capture URL: https://echelonfit.com/products/echelon-smart-connect-bike-ex3
Capture timestamp (UTC): Thu, 02 Dec 2021 18:57:37 GMT

Sign up to get the latest Echelon news, updates, and announcements

SUBMIT

## PRODUCTS

Connect Bikes

Reflects

Rowers

Echelon Stride

FitPass

Apparel

Accessories

## ABOUT

Instructors

United Experience

Echelon Studio

Referral Program

Blog

Careers

## SUPPORT

Contact Us

Military & First
Responders

Dealer Locator

Risk Free Returns Policy

FAQ

## CONTACT US

Call: 1 (833) YES-BIKE

Text: 1 (423) 205-1860

## CONNECT WITH US

## GET THE ECHELON APP

Download on the App Store

GET IT ON Google Play

Privacy Policy    Terms and Conditions    EULA    Accessibility    Cookie Policy    Notice to California Residents
Do Not Sell My Information

*0% APR for 12, 24, 39 & 48 Months with Equal Payments. Available on qualifying purchases of select products charged to a Citizens Pay Line of Credit. Click Here for important information about Rates and Fees and the Citizens Pay Line of Credit Agreement. Citizens Pay Line of Credit Account offered by Citizens Bank, N.A. Minimum Purchase $300.00.

†Only items purchased directly from echelonfit.com will be accepted for returns. If you purchased your product from a third-party seller, please contact the seller directly to discuss your return options. If you are not satisfied with your Echelon product, you may submit a request for a return within thirty (30) days after its delivery, and Echelon will provide a prepaid shipping label for the return. Returns requested within 30 days will not incur any fees and any shipping costs paid by you will be refunded provided that the product is returned in brand new, re-sellable condition (including but not limited to being free of scratches and/or dents) and returned in its original packaging with its tags, user manual and charger. If your Echelon product is returned in damaged condition, with parts or its manual missing or otherwise has signs of abuse, Echelon reserves the right to deduct additional fees from your refund amount or refuse the return, in Echelon's sole discretion. All returns require an authorization number. Return requests after 30 days from delivery date will not be accepted. Please click here to initiate your return, or email us at customerreturns@echelonfit.com or call us at 833-937-2453.

© 2021 Echelon Fitness Multimedia LLC. All rights reserved. Patent pending.

Help

---

Document title: Indoor Exercise Bike at Home | Echelon Smart Connect Bike EX3 - Echelon Fit US
Capture URL: https://echelonfit.com/products/echelon-smart-connect-bike-ex3
Capture timestamp (UTC): Thu, 02 Dec 2021 18:57:37 GMT

EXHIBIT 5

**Echelon**

Sponsored · 🌐

Enjoy the premium features you expect from indoor connected fitness bikes without premium pri... See More



ECHELONFIT.COM

**Shop Echelon® EX-5s**

As low as $42/mo.

Shop Now

EXHIBIT 6

| | |
|---|---|
| **From:** | schladweilerb@gtlaw.com |
| **Sent:** | Monday, November 15, 2021 10:07 AM |
| **To:** | Justman, Patrick (SD) |
| **Cc:** | ryersonj@gtlaw.com; JayD@gtlaw.com; WeiderD@gtlaw.com; blofieldt@gtlaw.com; #C-M PTON - ECHELON - LW TEAM; mflynn@morrisnichols.com |
| **Subject:** | RE: Peloton/Echelon - Response to Interrogatory No. 15 |

Pat –

Thank you for agreeing to supplement Interrogatory No. 15.  To the extent Peloton still contends that the comparison advertisement on Echelon's website that Peloton saw in Feb. 2019 was somehow different than the advertisement it allegedly saw in "July or early August 2019", we request that you provide documents demonstrating plaintiff's awareness of the advertisements described in paragraphs 98-103 of the Complaint, and specifically what that advertisement looked like at the various times Peloton viewed the advertisement.  I note that Peloton attached a portion of that comparison ad to its complaint and you include it as EXAMPLE 1 in your "Representative Ads" attachment below, so Peloton obviously has possession of such information.  We are not aware of any documents in Peloton's production showing this advertisement.  Even if these documents are somehow privileged, Echelon's advertisements shown in such documents are clearly not, and those documents (including any communications with outside counsel) should be produced in redacted form, to the extent Peloton intends to maintain its arguments.  Please confirm Peloton's position and whether such documents will be produced in short order.

As for the representative ads, we do not agree to exhaustively search for and produce all advertisements contained in "email blasts, radio ads, or hard-copy mailers," especially since such ads are not accused of false advertising and are thus (at best) tangentially related to the issues in this case.  It is also abundantly obvious that Peloton has been monitoring/receiving all of Echelon's "email blasts" and "hard mailers" already.  More importantly, Peloton has failed to produce any "email blasts, radio ads or hard-copy mailers" for the $58/mo. or $49/mo. ads that are actually accused in this case, and should do so promptly.  In sum, we do not agree to unilateral, burdensome production of documents concerning the parties' unclean hands defenses.  We are happy to discuss.

Thanks,

**Benjamin Schladweiler**
Shareholder

Greenberg Traurig, LLP
The Nemours Building | 1007 North Orange Street, Suite 1200 | Wilmington, DE 19801
T +1 302.661.7352
schladweilerb@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

---

**From:** Patrick.Justman@lw.com <Patrick.Justman@lw.com>
**Sent:** Friday, November 12, 2021 6:06 PM
**To:** Schladweiler, Benjamin (Shld-DEL-IP-Tech) <schladweilerb@gtlaw.com>
**Cc:** Ryerson, James (OfCnsl-NJ-IP-TECH) <ryersonj@gtlaw.com>; Jay, David (Shld-NJ-LT) <JayD@gtlaw.com>; Weider, Douglas R. (Shld-NJ-IP-Tech) <WeiderD@gtlaw.com>; Blofield, Tiffany A. (Shld-MSP-IP-Tech) <blofieldt@gtlaw.com>; PTON.ECHELON.LWTEAM@lw.com; mflynn@morrisnichols.com
**Subject:** RE: Peloton/Echelon - Response to Interrogatory No. 15

Ben,

We are amendable to supplementing Interrogatory No. 15, and will aim to do so by November 19, 2021.

As for the representative ads issue, I'd like to further explore your request that we help you figure out a targeted way to pull these various ads without having to engage in an exhaustive ESI collection/review.  We understand that Echelon advertises on social media (e.g., Facebook, YouTube, etc.), its website, and radio, as well as through direct email blasts and hard-copy mailers.  To the extent not already produced and in the spirt of compromise, we can find the publicly available posts on social media and various websites ourselves.  We, however, would not necessarily have access to the email blasts, radio ads, or hard-copy mailers (all of which we take issue with, as shown in the attached).  I would imagine that pulling the hard-copy mailers and radio scripts could be done with relative ease, but please confirm.  As for the email blasts, we understand that those would all originate from a generic, automated email address (e.g., marketing@echelonfit.com).  As such, it should be relatively easy to search that email box for the phrase "as low as," which we note is used by Echelon in nearly all of its price based advertisements.  Please let us know your thoughts on this possible path forward, or if you prefer to discuss.

Best,

**Patrick C. Justman**

**LATHAM & WATKINS LLP**
12670 High Bluff Drive | San Diego, CA 92130
T: +1.858.523.5448 | patrick.justman@lw.com | *he/him/his*

---

**From:** Justman, Patrick (SD) <Patrick.Justman@lw.com>
**Sent:** Wednesday, November 03, 2021 11:37 AM
**To:** schladweilerb@gtlaw.com
**Cc:** ryersonj@gtlaw.com; JayD@gtlaw.com; WeiderD@gtlaw.com; blofieldt@gtlaw.com; #C-M PTON - ECHELON - LW TEAM <PTON.ECHELON.LWTEAM@lw.com>; mflynn@morrisnichols.com
**Subject:** RE: Peloton/Echelon - Response to Interrogatory No. 15

Ben,

We are still considering the issue and we'll follow up shortly with our position, likely next week.

Best,
Pat

---

**From:** schladweilerb@gtlaw.com <schladweilerb@gtlaw.com>
**Sent:** Wednesday, November 03, 2021 7:16 AM
**To:** Justman, Patrick (SD) <Patrick.Justman@lw.com>
**Cc:** ryersonj@gtlaw.com; JayD@gtlaw.com; WeiderD@gtlaw.com; blofieldt@gtlaw.com; #C-M PTON - ECHELON - LW TEAM <PTON.ECHELON.LWTEAM@lw.com>; mflynn@morrisnichols.com
**Subject:** RE: Peloton/Echelon - Response to Interrogatory No. 15

Pat –

Please let us know whether you have reconsidered your position on Interrogatory No. 15 by COB tomorrow.  Happy to discuss as part of our scheduled meet and confer tomorrow on depos.

Thanks,

**Benjamin Schladweiler**
Shareholder

Greenberg Traurig, LLP
The Nemours Building | 1007 North Orange Street, Suite 1200 | Wilmington, DE 19801
T +1 302.661.7352
schladweilerb@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

---

**From:** Patrick.Justman@lw.com <Patrick.Justman@lw.com>
**Sent:** Tuesday, October 19, 2021 7:00 PM
**To:** Schladweiler, Benjamin (Shld-DEL-IP-Tech) <schladweilerb@gtlaw.com>
**Cc:** Ryerson, James (OfCnsl-NJ-IP-TECH) <ryersonj@gtlaw.com>; Jay, David (Shld-NJ-LT) <JayD@gtlaw.com>; Weider, Douglas R. (Shld-NJ-IP-Tech) <WeiderD@gtlaw.com>; Blofield, Tiffany A. (Shld-MSP-IP-Tech) <blofieldt@gtlaw.com>; PTON.ECHELON.LWTEAM@lw.com; mflynn@morrisnichols.com
**Subject:** RE: Peloton/Echelon - Response to Interrogatory No. 15

Ben,

Let's connect on Friday to discuss (1) Interrogatory No. 15; (2) the representative ad issue; (3) Echelon's production of the competitor / Affirm documents; and (4) Peloton's production of delivery/capacity and board documents.  How about 10 am PT / 1 pm ET?  Unfortunately, Thursday has now been consumed with other matters.

Thanks,

**Patrick C. Justman**

**LATHAM & WATKINS LLP**
12670 High Bluff Drive | San Diego, CA 92130
T: +1.858.523.5448 | patrick.justman@lw.com | *he/him/his*

---

**From:** schladweilerb@gtlaw.com <schladweilerb@gtlaw.com>
**Sent:** Tuesday, October 19, 2021 12:33 PM
**To:** Justman, Patrick (SD) <Patrick.Justman@lw.com>
**Cc:** ryersonj@gtlaw.com; JayD@gtlaw.com; WeiderD@gtlaw.com; blofieldt@gtlaw.com; #C-M PTON - ECHELON - LW TEAM <PTON.ECHELON.LWTEAM@lw.com>
**Subject:** RE: Peloton/Echelon - Response to Interrogatory No. 15

Pat –

I don't understand your point.  Steve's email references the comparison on "Echelon's website" and contains a link to that comparison.  Interrogatory No. 15 asks for Peloton's first knowledge about this website comparison, and it is obvious that Peloton knew about that comparison in February 2019, when Steve sent a link of that comparison to Mr. Lentine.  Further proof of Peloton's knowledge in February 2019 is contained in Peloton's own production.  *See, e.g.,* PELOTON_ECHELON000009836.  Happy to discuss, but this seems pretty straightforward.

Please let us know if you can meet and confer this Thursday.  We also expect at that time that you will be able to give us a straight answer to our question about whether Peloton will be producing the delivery/capacity documents you promised us months ago on Oct. 29.  If you are unable to give us a straight answer to that very simple question when we talk, we will raise the issue with the Court.  I don't see why we have to wait another ten days – in addition to the 5

months you have already had to "investigate" – to get a straight answer, especially given the current fact discovery deadline.

We look forward to your response.

Thanks,

**Benjamin Schladweiler**
Shareholder

Greenberg Traurig, LLP
The Nemours Building | 1007 North Orange Street, Suite 1200 | Wilmington, DE 19801
T +1 302.661.7352
schladweilerb@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT Greenberg Traurig**

---

**From:** Patrick.Justman@lw.com <Patrick.Justman@lw.com>
**Sent:** Tuesday, October 19, 2021 12:58 PM
**To:** Schladweiler, Benjamin (Shld-DEL-IP-Tech) <schladweilerb@gtlaw.com>
**Cc:** Ryerson, James (OfCnsl-NJ-IP-TECH) <ryersonj@gtlaw.com>; Jay, David (Shld-NJ-LT) <JayD@gtlaw.com>; Weider, Douglas R. (Shld-NJ-IP-Tech) <WeiderD@gtlaw.com>; Blofield, Tiffany A. (Shld-MSP-IP-Tech) <blofieldt@gtlaw.com>; PTON.ECHELON.LWTEAM@lw.com
**Subject:** RE: Peloton/Echelon - Response to Interrogatory No. 15

Ben – Perhaps we should discuss, because it appears that you are misunderstanding the correspondence here.  While Steve identified an image on Echelon's website that was inaccurate because it had the "weight holders incorrectly installed upside down," this appears to be the same image that had been posted to Facebook and was the subject of Steve's original letter.  Here's the image from the letter:



And here's an image that shows the weight holders correctly installed on Peloton's bike:



Indeed, Steve's email was following up on the prior correspondence regarding his original letter, thus confirming the reference was to this improper image, not some other unrelated issue.

If you have a different understanding of the relevant email chain, please advise and then we can arrange a time to discuss.

Best,
Pat

---

**From:** schladweilerb@gtlaw.com <schladweilerb@gtlaw.com>
**Sent:** Tuesday, October 19, 2021 9:33 AM
**To:** Justman, Patrick (SD) <Patrick.Justman@lw.com>
**Cc:** ryersonj@gtlaw.com; JayD@gtlaw.com; WeiderD@gtlaw.com; blofieldt@gtlaw.com; #C-M PTON - ECHELON - LW TEAM <PTON.ECHELON.LWTEAM@lw.com>
**Subject:** RE: Peloton/Echelon - Response to Interrogatory No. 15

Pat – It would have been nice to know your position prior to Oct. 15.  In any event, your assertion is wrong.  As Steve explained in EFM00296 below, this link is to a comparison "on Echelon's website," not Facebook page.  Please confirm immediately that you will supplement this interrogatory by the end of the week.

**To:**        Lou Lentine[lou@viatek.com]

**Cc:**        Sourabh Mishra[smishra@hueston.com]

**From:**    Steve Feldman[sfeldman@hueston.com]

**Sent:**    Fri 2/22/2019 2:51:37 PM (UTC-05:00)

**Subject:**  Re: Peloton to Viatek/Echelon - Cease & De

Lou:  It has also come to Peloton's attention that the
shows the Peloton Bike's weight holders incorrectly
Thank you.

https://echelonfit.com/pages/compare-the-e
LP4AlVFovlCh2JhgTlEAAYAiAAEgLaQ_D

**From:** Patrick.Justman@lw.com <Patrick.Justman@lw.com>
**Sent:** Tuesday, October 19, 2021 12:12 PM
**To:** Schladweiler, Benjamin (Shld-DEL-IP-Tech) <schladweilerb@gtlaw.com>
**Cc:** Ryerson, James (OfCnsl-NJ-IP-TECH) <ryersonj@gtlaw.com>; Jay, David (Shld-NJ-LT) <JayD@gtlaw.com>; Weider,
Douglas R. (Shld-NJ-IP-Tech) <WeiderD@gtlaw.com>; Blofield, Tiffany A. (Shld-MSP-IP-Tech) <blofieldt@gtlaw.com>;
PTON.ECHELON.LWTEAM@lw.com
**Subject:** Peloton/Echelon - Response to Interrogatory No. 15

**\*EXTERNAL TO GT\***

Ben,

We will not be supplementing our response to this Interrogatory as our current response is accurate, as further explained
below.  Please let us know if you prefer to discuss or continue to take issue with our prior response.

More specifically, you requested that:

> Peloton also supplement its response to Interrogatory No. 15 by October 15.  Specifically, in its first supplemental
> response, Peloton asserts that it first learned of the advertisement shown in paragraphs 98-103 of Peloton's
> Second Amended Complaint in "late July or early August 2019."  But the evidence shows Peloton knew about this
> ad sooner as shown in the February 22, 2019 email between Feldman and Lentine produced at EFM00000296-
> 297.  Please supplement this response accordingly to provide the exact date Peloton (or its outside counsel)
> became aware of this ad.

The ad addressed in this cease and desist letter (i.e., EFM00000296-297) was this Facebook ad:



That ad is addressed in paragraph **104** of the SAC, not 103 as you state.  Thus, our current response, which states as follows, is accurate:

> With respect to the specific advertisement referenced in Paragraphs 104-107 of the Complaint, Peloton learned of these statements through outside counsel on February 21, 2019. The contents of those discussions are privileged.

Best,

**Patrick C. Justman**

**LATHAM & WATKINS LLP**
12670 High Bluff Drive | San Diego, CA 92130
T: +1.858.523.5448 | patrick.justman@lw.com | *he/him/his*

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# EXHIBIT 7



| | |
|---|---|
| Document title: | Echelon GT+ Connect Bike - Echelon Fit US |
| Capture URL: | https://echelonfit.com/collections/connected-products/products/echelon-gt?variant=41129447391431 |
| Page loaded at (UTC): | Thu, 02 Dec 2021 17:48:24 GMT |
| Capture timestamp (UTC): | Thu, 02 Dec 2021 17:48:26 GMT |
| Capture tool: | 2.33.7 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 9 |
| Capture ID: | o8PxEYja32pBYTLz3Wb7Vn |
| User: | pv-leslie |



ECHELON GT+ CONNECT BIKE    PRODUCT    FEATURES    EXPERIENCE    MEMBERSHIP

**From $899.99**
or as low as $20/mo.

**Buy Now** →

# BRAND NEW
# ECHELON GT+
## ONLY $899.99
# FOUR COLORS



## Echelon GT+ Connect Bike





FREE GIFT OFFER: GET AN APPLE WATCH OR IPAD WITH PURCHASE OF EQUIPMENT + YEARLY MEMBERSHIP. CHOOSE FREE GIFT AT CHECKOUT.

Get it now for

~~$1,299.99~~    **SAVE $400.00 OFF MSRP TODAY!**

**$899.99** or **$20/month**    LEARN HOW

Purchase of an Echelon Membership, with access to live and on-demand content, is required at checkout at an additional cost. Learn More.

SELECT COLOR: PURPLE

   



**$899.99** or **$20/month**   <u>LEARN HOW</u>

<u>Purchase of an Echelon Membership, with access to live and on-demand content, is required at checkout at an additional cost. Learn More.</u>

ECHELON GT+ CONNECT BIKE   PRODUCT   FEATURES   EXPERIENCE   MEMBERSHIP

From **$899.99**
or as low as $20/mo.

**Buy Now** ⊕

   

**Buy Now** ⊕

 SHIPS NOW   This product is in stock and ready to ship now without any delays

*0% APR for 12, 24, 39, 48 Months with Equal Payments: Available on qualifying purchases of select products charged to a Citizens Pay Line of Credit. <u>Click Here</u> for important information about Rates and Fees and the Citizens Pay Line of Credit Agreement. Citizens Pay Line of Credit Account offered by Citizens Bank, N.A. Minimum Purchase: $300.00.

Ride toward your fitness goals on a bike that matches your style! The unique blue body and four flywheel color options transform your home into a vibrant, high-end cycling studio. Connect your bike with the Echelon Fit app to track real-time performance stats including leaderboard ranking, distance, speed, calorie burn, and total output for every workout.  You will love the compact design and durability of this bike!

Premium Features:

- 32 Levels of Magnetic Resistance
- Water Bottle Holders
- Adjustable Seat: Up/Down + Fore/Aft
- SPD Shoe Clips + Toe Cage

Added features:

- Performance Handlebars + Oversized Padded Comfort Seat
- Adjustable Handlebars: Up/Down + Fore/Aft
- Performance Bearings + Upgrades
- Dumbbell Rack

        

 ◯ Help






ECHELON GT+ CONNECT BIKE    PRODUCT    FEATURES    EXPERIENCE    MEMBERSHIP

**From $899.99**
or as low as $20/mo.

**Buy Now** →

- SPD Shoe Clips + Toe Cage

Added features:

- Performance Handlebars + Oversized Padded Comfort Seat

- Performance Bearings + Upgrades

- Dumbbell Rack

Tablet not included.

From 9/1/2021 to 8/31/2022, Echelon will donate to Susan G. Komen® 3% of the retail sales price for each specially marked Echelon® GT+ Connect Bike — Susan G. Komen Edition sold online at echelonfit.com and 100% of all customer donations collected at checkout. Together with other program initiatives, Echelon will make an aggregate guaranteed minimum donation of $100,000 to Komen from 9/1/2021 to 8/31/2022 in connection with its Echelon Breast Cancer Awareness Program.

      

## PRODUCT FEATURES

32 Levels of Magnetic Resistance

Oversized Padded Comfort Seat

Water Bottle Holders + Dumbbell Rack

**Show All PRODUCT FEATURES**

## SPECIFICATIONS

| | |
|---|---|
| Weight | 88 lb |
| Product Dimensions | 54"L x 24"W x 57"H |



Call Us: 1-844-436-7936 · Shop All PRODUCT FEATURES · Residential & Commercial Fitness

FREE APPLE WATCH OR IPAD WITH PURCHASE OF EQUIPMENT + YEARLY MEMBERSHIP. CHOOSE GIFT IN CART.

echelon    Bikes ⌄    Mirrors ⌄    Rowers ⌄    Treadmills ⌄    Membership    Merchandise ⌄    Special Offers    🛒

## SPECIFICATIONS

ECHELON GT+ CONNECT BIKE    PRODUCT    FEATURES    EXPERIENCE    MEMBERSHIP

**From $899.99**
or as low as $20/mo.

**Buy Now** ⊕

| | |
|---|---|
| Weight | 88 lb |
| Product Dimensions | 54"L x 24"W x 57"H |
| Weight Limit | 300lbs |

**Show All Specifications**



FEEL THE BURN

# 32 Levels Of Magnetic Resistance

Increase or decrease the intensity of your workout from the easy-to-reach resistance knob with up to 32 levels of tension.

← →

O Help

Call Us: 1(855) 226-BIKE    easy-to-reach resistance knob with up to 32 levels of tension.    Echelon Commercial Fitness

FREE APPLE WATCH OR IPAD WITH PURCHASE OF EQUIPMENT + YEARLY MEMBERSHIP. CHOOSE GIFT IN CART.

echelon    Bikes   Mirrors   Rowers   Treadmills   Membership   Merchandise   Special Offers

**ECHELON GT+ CONNECT BIKE**    PRODUCT   FEATURES   EXPERIENCE   MEMBERSHIP

From **$899.99**
or as low as $20/mo.

**Buy Now** →





## MEMBERSHIPS

# Sweat It Out With Our World-Class Instructors.

Live and on-demand studio fitness from the comfort and safety of home. Get fit and have fun with our supportive and energizing Echelon community and inspire each other to climb the Leaderboard! One membership unlocks all equipment and classes on your app.

📹 **Live classes**

🎯 **World-class instructors**

👥 **On-demand classes available**

📊 **Compete with family & friends**

**Learn More** →

SHARE YOUR JOURNEY!

○ **Help**

Leaderboard! One membership unlocks all equipment and classes
on your app.



ECHELON GT+ CONNECT BIKE    PRODUCT    FEATURES    EXPERIENCE    MEMBERSHIP

From **$899.99**
or as low as $20/mo.

**Buy Now**



SHARE YOUR JOURNEY!







**CONNECT WITH US**

# Exercising From Home? Join The Club.

People are built for community, and we believe community makes everything better—including workouts. That's why we make it easy to connect with ours... after all, something this good is meant to be shared. Find us on social media to experience camaraderie built on sweat and endorphins, 24/7.

   



## A Show-Stopping Experience

Sweat, sing, and dance toward your fitness goals with GRAMMY® Award-winning global icon Pitbull. Rise out of the saddle and on top of the world with new on-demand classes featuring your favorite Pitbull hits. A NOW In the Echelon Fit app. Dale! (Le

Help



A Show-Stopping Experience

Sweat, sing, and dance toward your fitness

 

**From $899.99**
or as low as $20/mo.

Buy Now →

ECHELON GT+ CONNECT BIKE    PRODUCT    FEATURES    EXPERIENCE    MEMBERSHIP

the world with new on-demand classes featuring your favorite Pitbull hits. Available NOW in the Echelon Fit app. Dale! (Let's go!)

JOIN TODAY →



### RETURN POLICY

If you're not completely satisfied, return your Echelon Connect Bike for a replacement or refund within 30 days of purchase.



### WARRANTY

Contact Echelon customer service for support with any issues covered under the 12-month limited parts and labor warranty.



### QUALITY CRAFTSMANSHIP

All Echelon products are built and tested by an experienced team dedicated to state-of-the-art engineering and performance.

## Stay Connected to What's New at Echelon

**Sign up to get the latest Echelon news, updates, and announcements**

email@domain.com    SUBMIT



Document title: Echelon GT+ Connect Bike - Echelon Fit US
Capture URL: https://echelonfit.com/collections/connected-products/products/echelon-gt?variant=41129447391431
Capture timestamp (UTC): Thu, 02 Dec 2021 17:48:26 GMT

Sign up to get the latest Echelon news, updates, and announcements

SUBMIT

### PRODUCTS

Connect Bikes

Reflects

Rowers

Echelon Stride

FitPass

Apparel

Accessories

### ABOUT

Instructors

United Experience

Echelon Studio

Referral Program

Blog

Careers

### SUPPORT

Contact Us

Military & First Responders

Dealer Locator

Risk Free Returns Policy

FAQ

### CONTACT US

Call: 1 (833) YES-BIKE

Text: 1 (423) 205-1860

### CONNECT WITH US

### GET THE ECHELON APP

Download on the App Store

GET IT ON Google Play

Privacy Policy    Terms and Conditions    EULA    Accessibility    Cookie Policy    Notice to California Residents
Do Not Sell My Information

*0% APR for 12, 24, 39 & 48 Months with Equal Payments. Available on qualifying purchases of select products charged to a Citizens Pay Line of Credit. Click Here for important information about Rates and Fees and the Citizens Pay Line of Credit Agreement. Citizens Pay Line of Credit Account offered by Citizens Bank, N.A. Minimum Purchase $300.00.

† Only items purchased directly from echelonfit.com will be accepted for returns. If you purchased your product from a third-party seller, please contact the seller directly to discuss your return options. If you are not satisfied with your Echelon product, you may submit a request for a return within thirty (30) days after its delivery, and Echelon will provide a prepaid shipping label for the return. Returns requested within 30 days will not incur any fees and any shipping costs paid by you will be refunded provided that the product is returned in brand new, re-sellable condition (including but not limited to being free of scratches and/or dents) and returned in its original packaging with its tags, user manual and charger. If your Echelon product is returned in damaged condition, with parts or its manual missing or otherwise has signs of abuse, Echelon reserves the right to deduct additional fees from your refund amount or refuse the return, in Echelon's sole discretion. All returns require an authorization number. Return requests after 30 days from delivery date will not be accepted. Please click here to initiate your return, or email us at customerreturns@echelonfit.com or call us at 833-937-2453.

© 2021 Echelon Fitness Multimedia LLC. All rights reserved. Patent pending.

Help

Document title: Echelon GT+ Connect Bike - Echelon Fit US
Capture URL: https://echelonfit.com/collections/connected-products/products/echelon-gt?variant=41129447391431
Capture timestamp (UTC): Thu, 02 Dec 2021 17:48:26 GMT

# EXHIBIT 8

**Old Logo:**



**New Logo:**

