IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PELOTON INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1903 (RGA) |
| | ) | |
| ECHELON FITNESS MULTIMEDIA, LLC, | ) | |
| ECHELON FITNESS, LLC, ECHELON | ) | |
| STUDIO, LLC and VIATEK CONSUMER | ) | |
| PRODUCTS GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered the parties' submissions and arguments in support and opposition thereto regarding the parties' discovery dispute;

IT IS HEREBY ORDERED this _____ day of _____, 2022, that Plaintiff Peloton Interactive, Inc.'s motion to compel is **GRANTED** as follows:

1. Defendants shall produce all documents produced by them in the U.K. litigation, responsive to Plaintiff's Request for Production No. 306;

2. Defendants shall produce documents related to their advertisements offering Echelon products separately from a subscription to Echelon content, responsive to Plaintiff's Requests for Production Nos. 224, 275, 276, and 277;

3. Defendants shall produce documents related to the design process for the GT+ Connect Bike and the Echelon logo, responsive to Plaintiff's Requests for Production Nos. 307-316;

4. Defendants shall complete the production of the foregoing documents no later than February 7, 2022.

_____
United States District Judge